**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

TERESA SALINAS-RODRIGUEZ, a Colorado resident

Plaintiff,

v.

DELTA AIR LINES, INC., a Delaware corporation,

Defendant.

---

**NOTICE OF REMOVAL**

---

Defendant Delta Air Lines, Inc. ("Delta"), by and through its counsel, Treece Alfrey Musat P.C., without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure, hereby gives notice of the removal of this civil action from the District Court, City and County of Denver, State of Colorado, to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. § 1441 *et seq.* The grounds for removal are as follows:

1. On April 16, 2019, a civil action captioned *Teresa Salinas-Rodriguez v. Delta Air Lines, Inc.*, Civil Action No. 2019 CV 31498, (hereinafter the "state court action"), was filed in the District Court of the State of Colorado, County of Denver. Copies of all papers filed in the state court action, which consist of the Summons, Complaint, Civil Case Cover Sheet, Delay Reduction Order, Pre-Trial Order, and Return of Service, are attached hereto as **Exhibit 1**. The Complaint was the initial pleading setting forth the claims for relief upon which this civil action is based, and no other proceedings have occurred in the state court action.

2. The state court action is one over which this Court has original diversity jurisdiction under the provisions of 28 U.S.C. § 1332(a), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.* in that:

    (a) Plaintiff Teresa Salina-Rodriguez ("Plaintiff") is a resident of the state of Colorado. **Ex. 1** ¶ 1.

    (b) Defendant Delta is a corporation organized under the laws of Delaware, and with its principal place of business located in Atlanta, Georgia. *Id.* ¶ 2.

3. Based upon the allegations pleaded in the state court action complaint and undersigned's conferral with Plaintiff's counsel concerning the scope of alleged injuries and damages, the amount Plaintiff places in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs. *See* **Exhibit 1**, and **Exhibit 2**, Affidavit of K. Johnson. As a result, original jurisdiction exists in the federal courts under 28 U.S.C. § 1332.

4. Removal to this District is proper under 28 U.S.C. § 1441 because it embraces the place where the action is pending.

5. The state court action was served on Delta Air Lines, Inc.'s registered agent in Colorado on April 22, 2019. *See* **Exhibit 1**. This Notice of Removal, pursuant to 28 U.S.C. § 1446(b), is being filed within thirty days of when defendant received a copy of the initial summons and complaint.

6. Correct copies of the Notice of Removal with accompanying exhibits and separate Notice to State Court of Removal of Civil Action have been served upon Plaintiff's counsel and

filed with the clerk of the District Court of the State of Colorado, County of Denver, in accordance with the provisions of 28 U.S.C. § 1446(d).

7. In filing this notice, Delta does not waive any defenses available to it in this action, including objections to sufficiency of service and process.

FOR THESE REASONS, Defendant, Delta Air Lines, Inc., respectfully gives Notice of Removal from the District Court, City and County of Denver, State of Colorado to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted this 13th day of May, 2019.

*s/ Kathleen J. Johnson*
Robert J. Zavaglia, Jr.
Kathleen J. Johnson
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 292-2700
FAX: (303) 295-0414
Email: zavaglia@tamlegal.com
          kjohnson@tamlegal.com
*Attorneys for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2019, a true and correct copy of the foregoing was filed via CM/ECF and electronically transmitted to the following by email:

Todd F. Bovo, Esq. (email: todd@bovolaw.com )
BOVO LAW, LLC
650 S. Cherry Street, #1400
Denver, CO  80246
*Attorneys for Plaintiff*

*s/ Roberta Musser*
Roberta Musser